# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

162249

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY LEROY STANLEY,
      Defendant-Appellant.

SC: 162249
COA: 353958
Oakland CC: 1999-166149-FC

_____/

On order of the Court, the application for leave to appeal the August 11, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk

b0414